FILED

00 SEP -6 AM 9: 44

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALVIN PIERRE PHILLIPS, | ) |
| Plaintiff, | ) |
| vs. | ) CV-99-N-1614-S |
| SERGEANT NORTHCUTT and SERGEANT WILLIAMS, | ) |
| Defendants. | ) |

ENTERED
SEP 0 6 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 19, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915(e). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e). A Final Judgment will be entered.

DATED this 5th day of Sept., 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

